UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

FRANK GONZALEZ
ZORAIDA GONZALEZ

Debtor(s)

Chapter 13
Case No. 15-31953

Judge JANET S. BAER

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on November 5, 2015, at the hour of 9:30 A.M., I shall appear before the Honorable Judge JANET S. BAER, Room 615, of the McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there move the Court pursuant to the attached Motion, at which time and place you may appear if you see fit.

*/s/ Timothy R. Yueill*
By:  Timothy R. Yueill, Esq.

**Served upon the following parties electronically:**
SULAIMAN LAW GROUP, LTD , 900 JORIE BOULEVARD, SUITE 150 , OAK BROOK, IL 60523 - Counsel for Debtor(s)
TOM VAUGHN, 55 E. MONROE ST., STE 3850, CHICAGO, IL 60603 - Trustee
PATRICK S. LAYNG 219 S. DEARBORN ST., ROOM 873, CHICAGO, IL 60604 - U.S. Trustee
**and served upon the following parties by mail:**
FRANK GONZALEZ, 5304 S. NORDICA AVENUE, CHICAGO, IL 60638
ZORAIDA GONZALEZ, 5304 S. NORDICA AVE, CHICAGO, IL 60638 – Debtor
Vanessa Gonzalez 5850 W. 55TH ST., UNIT 3J, CHICAGO, IL 60638 Co-Debtor

## Certification of Service

I, the undersigned, an attorney, hereby certified that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustees and Debtor(s)' counsel via electronic through ECF on October 27, 2015, and as to the Debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, in the U.S. Mail Chute at 175 North Franklin, Chicago, Illinois, before the hour of 5:00 p.m., on October 27, 2015.

By:  */s/ Timothy R. Yueill*

Attorney No. 18837
**LAW OFFICES OF IRA T. NEVEL, LLC**
Attorney for Plaintiff
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Nathan J. Buikema
Brian D. Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 15-02344

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

FRANK GONZALEZ
ZORAIDA GONZALEZ

Debtor(s)

Chapter 13
Case No. 15-31953

Judge JANET S. BAER

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

NOW COMES FIFTH THIRD MORTGAGE COMPANY, a secured creditor herein, by and through its counsel, LAW OFFICES OF IRA T. NEVEL, LLC and moves this Honorable Court for an Order granting relief from the Automatic Stay and Co-Debtor Stay in effect as to this creditor, and in support thereof, states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. The Debtor(s) herein filed a Petition under Chapter 13 of Title 11, United States Bankruptcy Code on September 29, 2015.

3. Said Creditor is a first mortgagee lien holder on the real property commonly known as 5850 W. 55TH ST., UNIT 3J, CHICAGO, IL 60638.

4. One debtor, Frank Gonzalez, has executed and delivered or is otherwise obligated with respect to that certain promissory note (the "Note"). A copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note.

5. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit B.

6. That enforcement of said security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code.

7. The Chapter 13 Plan herein is silent as to any treatment of the above referenced mortgage loan or real property at issue.

8. That this Creditor is entitled to relief from the Automatic Stay under 11 U.S.C. §362(d) as the plan is silent as to the loan at issue and therefore fails to provide adequate protection therein.

11. Further, the Creditor is seeking relief from the Co-Debtor stay, pursuant to 11 U.S.C. §1301, as to the co-mortgagor and co-obligor, Vanessa Gonzalez, as the Movant will be prejudiced by the need to service this loan under bankruptcy protection restrictions.

12. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $650 in legal fees and $176 in costs. Movant reserves all right to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

13. That this Court has the authority to order that Rule 4001(a)(3) is not applicable to the Order entered in granting this Motion, and this Creditor requests this Court to so order.

WHEREFORE, this Creditor, FIFTH THIRD MORTGAGE COMPANY, prays that this Court enter an Order, pursuant to 11 U.S.C. §362(d) and §1301, granting relief from the Automatic Stay and Co-Debtor Stay for such other additional relief as this Court may deem fit.

Respectfully submitted,
Law Offices of Ira T. Nevel, LLC


*/s/ Timothy R. Yueill*
By:  Timothy R. Yueill, Esq.
Counsel for FIFTH THIRD MORTGAGE COMPANY

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Nathan J. Buikema
Brian D. Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 15-02344